**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SEAN PEAY,                                    )  | |
|                                                             )  | |
|              Plaintiff,                          )  | |
|                                                             )  Case No. 1:20-cv-10137-UA |
|       v.                                              )  | |
|                                                             )  | |
| TRINE ACQUISITION CORP., LEO  )  | |
| HINDERY, JR., M. IAN G. GILCHRIST,  )  | |
| JOSEPHINE LINDEN, MARC         )  | |
| NATHANSON, KENT R. SANDER, TOM )  | |
| WASSERMAN, ABBAS F. ZUAITER, )  | |
| SPARROW MERGER SUB, INC., and )  | |
| DESKTOP METAL, INC.,                 )  | |
|                                                             )  | |
|              Defendants.                       )  | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") as moot. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:  December 17, 2020                       **RIGRODSKY & LONG, P.A.**

                                                                 By:  */s/ Timothy J. MacFall*
                                                                        Seth D. Rigrodsky
                                                                        Timothy J. MacFall
                                                                        Gina M. Serra
                                                                        825 East Gate Boulevard, Suite 300
                                                                        Garden City, NY 11530
                                                                        Telephone: (516) 683-3516
                                                                        Email: sdr@rl-legal.com
                                                                        Email: tjm@rl-legal.com
                                                                        Email: gms@rl-legal.com

                                                                        *Attorneys for Plaintiff*